UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANTHONY FRANKLIN,<br><br>    Plaintiff,<br><br>  v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No.  13-cv-03777-YGR  (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

    Before the Court is Defendants' administrative motion to change time to file a motion for summary judgment under Northern District Local Rules 6-3 and 7-11.  Upon review and consideration of the papers on file and good cause appearing, Defendants' motion is GRANTED.

    Defendants shall file a summary judgment motion no later than **August 31, 2015**. Plaintiff's opposition shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** after the date the motion is filed.  Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

    This Order terminates Docket No. 21.

    IT IS SO ORDERED.

Dated:  July 20, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge