UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 13-cv-03777-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff has filed a request for a second extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **March 25, 2016**.

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 36.

IT IS SO ORDERED.

Dated: February 8, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge