UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY ANTHONY FRANKLIN,

    Plaintiff,

  v.

G. D. LEWIS, et al.,

    Defendants.

Case No. 13-cv-03777-YGR (PR)

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

Defendants request a ninety-day extension of time, up to and including January 9, 2017, in which to file a dispositive motion as to the remaining First Amendment and state law claims. Having read and considered Defendants' request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED in part and DENIED in part. The time in which Defendants may file their dispositive motion will not be extended for the requested ninety days, however, the Court finds that an extension of forty-five days is appropriate.

Accordingly, Defendants' dispositive motions must be filed no later than **December 2, 2016**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** after the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

**No further extensions of time will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 46.

IT IS SO ORDERED.

Dated: September 27, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge