IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY FRANKLIN,**<br><br>Plaintiff,<br><br>v.<br><br>**G. D. LEWIS, et al.,**<br><br>Defendants. | Case No. 4:13-cv-03777-YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO FILE DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; AND GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE HIS OPPOSITION** |

Before the Court is Defendants' administrative motion under Northern District Local Rules 6-3 and 7-11 for an extension of time to file the declaration of T. Wood as evidence in support of their motion for summary judgment. Dkt. 59. Upon review and consideration of the papers on file and good cause appearing, Defendants' motion is GRANTED. The declaration of T. Wood filed December 7, 2016 will be considered by the Court in support of Defendants' motion for summary judgment.

Also before the Court is Plaintiff's motion for an extension of time to file his opposition to Defendants' motion for summary judgment, up to and including January 30, 2017. Dkt. 62. His motion is GRANTED. Plaintiff's opposition shall be filed with the Court and served on Defendants no later than **January 30, 2017.** Defendants shall file a reply brief no later than **February 13, 2017. No further extensions of time will be granted in this case absent extraordinary circumstances.**

This Order terminates Docket Nos. 59 and 62.

IT IS SO ORDERED.

Dated: January 3, 2017

YVONNE GONZALEZ ROGERS
United States District Judge