UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANTHONY FRANKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 13-cv-03777-YGR (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT** |

Before the Court is Defendants' administrative motion under Northern District Local Rules 6-3 and 7-11 for a fourteen-day extension to file an opposition to Plaintiff's Motion for Relief from Judgment (ECF No. 78). Upon review and consideration of the papers on file and good cause appearing, Defendants' motion is **GRANTED**. Defendants' deadline to file an opposition is extended to **June 8, 2018**.

The Court notes that this is Defendants' first request for an extension of time to file an opposition in this case. The granting of regular requests for extension should not be expected.

This Order terminates Docket No. 79.

IT IS SO ORDERED.

Dated: May 31, 2018

                                                                                   YVONNE GONZALEZ ROGERS<br>
                                                                                    United States District Judge